Philip R. Wooten
Arizona State Bar No. 007006
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
Telephone: (480) 598-4330
Facsimile:  (480) 598-4331
*Counsel for Defendant Pennsylvania Higher Education Assistance Agency, dba American Education Services*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KETURAH GARRETT, individual<br><br>Plaintiff,<br><br>vs.<br><br>AES/NCT, corporation,<br><br>Defendant. | Case No. _____<br><br>**DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, DBA AMERICAN EDUCATION SERVICES' NOTICE OF REMOVAL** |

Defendant, Pennsylvania Higher Education Assistance Agency, dba American Education Services ("PHEAA"), incorrectly named "AES/NCT," a statutorily-created State agency of the Commonwealth of Pennsylvania, hereby files this Notice of Removal pursuant to 28 U.S.C. §1446(d).

**I.     PROCEDURAL BACKGROUND**

1.     On October 5, 2016, Plaintiff Keturah Garrett ("Plaintiff") filed the Complaint in this action in the Kyrene Just Court, Maricopa County, Case No. CC2016-179543 ("State Court Action") against PHEAA alleging damages, injunctive and declaratory relief for alleged violations of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681 *et seq*.  A complete and accurate copy of the Summons and Complaint in the State Court Action is attached hereto as **Exhibit A.**

2.     The time period for filing a responsive pleading in the State Court

1

8299330.1/SP/83057/2442/092316

Action has not expired as of the filing of this Notice of Removal.

3. PHEAA was served with Plaintiff's Summons and Complaint on October 25, 2016.

4. This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. §1446(b).

## II. GROUNDS FOR REMOVAL

5. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331 and may be removed to this Court by PHEAA pursuant to the provisions of 28 U.S.C. §1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. §§1331, 1441(b); *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312 (2005); *Broder v. Cablevision Sys. Corp.*, 418 F.3d 187, 194 (2d Cir. 2005); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). In the Complaint, Plaintiff seeks damages for PHEAA's alleged violations of the FCRA.

## III. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6. PHEAA first received a copy of the Complaint in the State Court Action on October 25, 2016. Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within 30 days after PHEAA was served with a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

7. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the State Court Action is pending.

8. Promptly after the filing of this Notice of Removal, PHEAA shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Court in the State Court Action, as required by 28 U.S.C. §1446(d).

1     9.    No other proceedings, process, pleadings, orders or other papers have been filed or served in the State Court Action.  Trial has not commenced in the State Court Action.

    10.    By filling this Notice of Removal, PHEAA consents to the removal of this case.

    WHEREFORE, PHEAA respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

DATED:  November 14, 2016.

                                **PHILIP R. WOOTEN P.C.**

                                By  /s/  Philip R. Wooten
                                Philip R. Wooten
                                Arizona State Bar No. 007006
                                philip.wooten@azbar.org
                                Philip R. Wooten PC
                                3413 E. Equestrian Trail
                                Phoenix, AZ 85044-3403
                                Telephone: (480) 598-4330
                                Facsimile:  (480) 598-4331
                                Counsel for PHEAA

8299330.1/SP/83057/2442/092316

## **CERTIFICATE OF SERVICE**

This is to certify that on the 14th day of November, 2016, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

[None]

And I hereby certify I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Keturah Garrett
16025 S 50th St Apt 3037
Phoenix AZ 85048
**Plaintiff** *pro se*

By /s/ Philip R. Wooten

8299330.1/SP/83057/2442/092316

# EXHIBIT A

**MARICOPA COUNTY JUSTICE COURTS, STATE OF ARIZONA**
**KYRENE JUSTICE COURT**
201 E. Chicago Street, Suite #104, Chandler, AZ 85225   602-372-3400

**PLAINTIFF:**
Keturah Garrett, individual
16025 S 50th St Apt 3037
Phoenix, AZ 85048
Phone: (404) 840-6712

V.

**DEFENDANT:**
AES/NCT, corporation
1200 N 7th St
Harrisburg, PA 17102
by serving: statutory agent

RECEIVED OCT 2 5 2016 PHEAA Legal Services

FILED OCT 0 5 2016 Kyrene Justice Court Maricopa County

CASE NUMBER CC2016179543S

**SUMMONS/COMPLAINT**
**SMALL CLAIMS**

---

### SMALL CLAIMS SUMMONS

TO THE ABOVE-NAMED DEFENDANT(S):

**READ THIS CAREFULLY.** The above-named Plaintiff has sued you in the small claims division of this Justice Court. You are summoned to appear and defend. You must file your written answer to this complaint with this Court within 20 days after service. If you do not file an answer, judgment may be entered against you for the full amount of Plaintiff's claim, plus Plaintiff's court costs. You must pay a filing fee to this Court when you file your answer and mail or deliver a copy of your answer to the plaintiff.
**NOTE:** You may obtain an answer form from the court listed above or visit www.azturbocourt.gov to prepare your answer electronically.

Date: 10/5/16                    _____
                                  Clerk

(SEAL - KYRENE JUSTICE COURT, MARICOPA CO., ARIZ.)

**WARNING:** You do not have the right to appeal the decision of the hearing officer or the justice of the peace in a small claims court. If you wish to preserve your right to appeal, you may have your case transferred to the civil division of the justice court pursuant to ARS §22-502(A), if you request such transfer at least ten days prior to the date of the scheduled hearing.

### SMALL CLAIMS COMPLAINT

1. This claim arises from:   ☐ Tort   ☑ Contract   ☐ Debt

2. Venue in this precinct is proper because:   ☑ Defendant(s) reside(s) or does business in this precinct
   ☐ The debt, transaction, or incident that resulted in this claim occured in this precinct

3. The amount of this claim is $ __1,000.00__ (plus costs and interest, if applicable)

4. Defendant(s) owes Plaintiff(s) this amount because (state the basis of the claim):
   On June 3, 2016 I contacted the company via certified mail in reference to inaccuracies showing on my consumer credit reporting. I formally disputed the account that was referenced by this company. Also, on July 15, 2016, I sent a follow up letter via certified mail stating that my consumer report had not been updated with the dispute by this company. On September 15, 2016, I sent a third letter as a final attempt to resolve the dispute. This company has shown a negligent and willful failure to re investigate the disputed entries in violation of sections 611(a), 616, and 617 of the FCRA, 15 U.S.C. ss 1681i(a), 1681n, 1681o".

Date: _____                                 *Keturah Garrett*
                                                              Plaintiff

**REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT BY PARTIES AT LEAST 3 WORKING DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

FILED

OCT 0 5 2016

Kyrene Justice Court
Maricopa County

**MARICOPA COUNTY JUSTICE COURTS, STATE OF ARIZONA**
**KYRENE JUSTICE COURT**
201 E. Chicago Street, Suite #104, Chandler, AZ 85225   602-372-3400

Keturah Garrett, Individual
16025 S 50th St Apt 3037
Phoenix, AZ 85048

AES/NCT, corporation
1200 N 7th St
Harrisburg, PA 17102
by serving: statutory agent

azturbocourt.gov Form Set #1852518

