1
2
3
4
5

6                        IN THE UNITED STATES DISTRICT COURT

7                             FOR THE DISTRICT OF ARIZONA

8    Keturah Garrett,                     )        No.  CV-16-03938-PHX-SPL
                                          )
9                                         )
               Plaintiff,                 )        **ORDER**
10   vs.                                  )
                                          )
11                                        )
     AES/NCT Corporation,                 )
12                                        )
                                          )
13             Defendant.                 )
                                          )
14   _____  )

15        On November 30, 2016, the Court ordered Plaintiff show cause in writing why this

16   action should not be dismissed. (Doc. 8.) Plaintiff having failed to respond to the Court's

17   Order and the time to do so having passed,

18        **IT IS ORDERED** that this action is **dismissed**.

19        **IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

20        Dated this 15th day of December, 2016.

21

22                                            _____
                                              Honorable Steven P. Logan
23                                            United States District Judge

24
25
26
27
28